**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01241-CV

**TIMOTHY HOLZ, Appellant**

**V.**

**U.S.A. CORP., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05101**

## ORDER

The Court has before it appellant's September 26, 2013 motion requesting leave to appeal in forma pauperis. The motion is **DENIED** without prejudice to the refiling of a motion containing an affidavit in compliance with TEX. R. APP. P. 20.1(b).

/s/     ELIZABETH LANG-MIERS
               JUSTICE